IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILEEN GONZALEZ,
    Plaintiff,

v.                           CASE NO.: 8:21-cv-01675-WFJ-TGW

FRONTIER AIRLINES, INC.,
    Defendant.
_____/

## LOCAL RULE 3.03 DISCLOSURE STATEMENT

Pursuant to Local Rule 3.03, the Plaintiff discloses that she is the only person who has an interest in the outcome of this case.

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.03, the undersigned counsel for the Plaintiff certifies that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

                                        s/ Kennan G. Dandar
                                        KENNAN G. DANDAR, ESQ.
                                        FBN: 289698
                                        Dandar & Dandar, P.A.

)	Post Office Box 24597
	PH: 813-289-3858
	FAX: 813-287-0895
	EM:KGD@DandarLaw.net;
	(CT.DESIG.) EF.KGD@DandarLaw.net
	TMD@DandarLaw.net (Email/Ct Desig)
	**Attorneys for Plaintiff**

2