# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AILEEN GONZALEZ,
Plaintiff,
v.                                                        CASE NO.: 8:21-cv-01675-WFJ-TGW
FRONTIER AIRLINES, INC.,
Defendant.
_____/

## NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT

Plaintiff files the return of service of Summons and Complaint on the Defendant, wherein Defendant was served on 7/19/2021 by serving its Registered Agent, Corporate Service Company.

*s/ Kennan G. Dandar*
KENNAN G. DANDAR, ESQ.
FBN: 289698
Dandar & Dandar, P.A.
Post Office Box 24597
PH: 813-289-3858
FAX: 813-287-0895
EM:KGD@DandarLaw.net;
(CT.DESIG.) EF.KGD@DandarLaw.net)

**Attorneys for Plaintiff**