# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AILEEN GONZALEZ,

    Plaintiff,

v.                                                                                 Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Frontier Airlines, Inc. ("**Defendant**"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, respectfully requests a thirty-day extension of time, until September 8, 2021, to respond to the Complaint for Damages (the "**Complaint**") filed by Plaintiff Aileen Gonzalez ("**Plaintiff**"). Plaintiff does not oppose this request. In support of this Motion, Defendant states:

1. On July 12, 2021, Plaintiff filed the Complaint.

2. On July 19, 2021, Defendant was served with the Complaint.

3. Pursuant to Federal Rule of Civil Procedure 12, Defendant's response to the Complaint is currently due by August 8, 2021. *See* Fla. R. Civ. P. 12(a)(1)(A)(i).

4. Defendant is still in the process of reviewing the Complaint's allegations and the underlying facts of Plaintiff's claims. Defendant requires

additional time to assemble and review the information and documents necessary to respond to the Complaint.

5. Defendant respectfully requests a thirty-day extension of time, until September 8, 2021, to respond to the Complaint.

6. Defendant's counsel conferred with Plaintiff's counsel regarding this extension of time, and Plaintiff's counsel states it does not oppose the extension.

## MEMORANDUM OF LAW

This Motion is not brought for purposes of delay, but simply to provide Defendant with the necessary time to evaluate the case and prepare an appropriate response to the Complaint. The need for an extension of the time to respond to the Complaint is not the result of any party's dilatory conduct. The Court has broad discretion in managing pretrial matters. *See Perez v. Miami-Dade County*, 297 F.3d 1255, 1263 (11th Cir. 2002). The brief extension will not materially delay the resolution of this matter. Additionally, no prejudice will result to Plaintiff, as this is the first extension of time.

WHEREFORE, Defendant respectfully requests the Court enter an Order granting Defendant a thirty-day extension of time, until September 8, 2021, by which to serve its response to Plaintiff's Complaint, and for such other relief as the Court deems just and appropriate.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Pursuant to Local Rule 3.01(g), Defendant's counsel conferred with Plaintiff's counsel regarding the relief requested herein, and Plaintiff does not oppose the relief requested herein.

Dated: August 9, 2021

        HOLLAND & KNIGHT LLP

        */s/ Daniel L. Buchholz*
        Joshua R. Levenson
        Florida Bar No. 56208
        joshua.levenson@hklaw.com
        HOLLAND & KNIGHT LLP
        515 East Las Olas Boulevard
        Suite 1200
        Fort Lauderdale, FL  33301
        Telephone:  (954) 468-7881
        Facsimile:  (954) 463-2030

        and

        Brandon Faulkner
        Florida Bar No. 58560
        brandon.faulkner@hklaw.com
        Daniel L. Buchholz
        Florida Bar No. 1010188
        daniel.buchholz@hklaw.com
        HOLLAND & KNIGHT LLP
        100 North Tampa Street, Suite 4100
        Tampa, FL  33602

        *Attorneys for Defendant*
        *Frontier Airlines, Inc.*