# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AILEEN GONZALEZ,
Plaintiff,
v.                                                                    CASE NO.: 8:21-cv-01675-WFJ-TGW
FRONTIER AIRLINES, INC.,
Defendant.
_____/

## NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT

Plaintiff files the return of service of Summons and Complaint on the Defendant, wherein Defendant was served on 7/19/2021 by serving its Registered Agent, Corporate Service Company.

*s/ Kennan G. Dandar*
KENNAN G. DANDAR, ESQ.
FBN: 289698
Dandar & Dandar, P.A.
Post Office Box 24597
PH: 813-289-3858
FAX: 813-287-0895
EM:KGD@DandarLaw.net;
(CT.DESIG.) EF.KGD@DandarLaw.net)

**Attorneys for Plaintiff**

# AFFIDAVIT OF SERVICE

Job # D211093

**Client Info:**

Dandar & Dandar, P.A.
Dandar & Dandar, P.A.
Post Office Box 24597
Tampa, FL 33623

**Case Info:**

**PLAINTIFF:**
AILEEN GONZALEZ
-versus-
**DEFENDANT:**
FRONTIER AIRLINES, INC.

UNITED STATES DISTRICT COURT
Court Division: MIDDLE DISTRICT OF FLORIDA

County of TAMPA DIVISION, Florida
Court Case # 8:21-cv-1675-WFJ-TGW

**Service Info:**

Received by Jodie Bang: on July, 15th 2021 at 02:32 PM
Service: I Served **Frontier Airlines, Inc. c/o Corporation Service Company as Registered Agent**
With: **Summons in a civil action and Complaint for Damages**
by leaving with **Cole Stander, Clerk**

At Business **1900 WEST LITTLETON BOULEVARD LITTLETON, CO 80120**
Latitude: **39.613220**, Longitude: **-105.010716**

On **7/19/2021** at **12:02 PM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

I **Jodie Bang**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above, action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

SUBSCRIBED AND SWORN to before me this 29 July, 2021
day of  29  , July , by **Jodie Bang**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____Ami Patel_____
NOTARY PUBLIC for the state of Colorado

AMI PATEL
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20194004745
MY COMMISSION EXPIRES FEBRUARY 5, 2023

Signature of Server
**Jodie Bang**

**Accurate Serve of Lakeland**
401 E JAckson Street Suite 2340
Tampa, FL 33602

Client # 43866
Job # D211093




1 of 1