## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

AILEEN GONZALEZ,

       Plaintiff,

v.                             Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

       Defendant.

_____/

### DEFENDANT'S NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Middle District of Florida Local Rule 2.02, Defendant Frontier Airlines, Inc. ("**Defendant**") hereby provides notice that Brandon Faulkner with the law firm of Holland & Knight LLP is designated as Defendant's lead counsel for purposes of this action.

Dated: September 10, 2021

                        HOLLAND & KNIGHT LLP

                        */s/Brandon Faulkner*
                        Brandon Faulkner
                        Florida Bar No. 58560
                        brandon.faulkner@hklaw.com
                        Daniel L. Buchholz
                        Florida Bar No. 1010188
                        daniel.buchholz@hklaw.com
                        HOLLAND & KNIGHT LLP
                        100 North Tampa Street, Suite 4100
                        Tampa, FL  33602

                        *Attorneys for Defendant*
                        *Frontier Airlines, Inc.*