# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

AILEEN GONZALEZ,

    Plaintiff,

v.                                    Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

## **DEFENDANT'S NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__**X**__   IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: September 10, 2021

        HOLLAND & KNIGHT LLP

        */s/Brandon Faulkner*
        Brandon Faulkner
        Florida Bar No. 58560
        brandon.faulkner@hklaw.com
        Daniel L. Buchholz
        Florida Bar No. 1010188
        daniel.buchholz@hklaw.com
        HOLLAND & KNIGHT LLP
        100 North Tampa Street, Suite 4100
        Tampa, FL  33602

        *Attorneys for Defendant*
        *Frontier Airlines, Inc.*