**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

AILEEN GONZALEZ,

    Plaintiff,

v.                                                  Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Middle District of Florida Local Rule 3.03, Defendant Frontier Airlines, Inc. makes the following disclosures:

    1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

        a.    **Aileen Gonzalez** (Plaintiff)

        b.    **Counsel for Aileen Gonzalez:**
            Dandar & Dandar, P. A. (law firm)
            Kennan Dandar

        c.    **Frontier Airlines, Inc.** (Defendant)

        d.    **Counsel for Frontier Airlines, Inc.:**

      Holland & Knight LLP (law firm)
      Joshua Levenson
      Brandon Faulkner
      Daniel Buchholz

  e. **Frontier Airlines Holdings, Inc.** (affiliated with Frontier Airlines, Inc.)

  f. **Frontier Group Holdings, Inc.** (affiliated with Frontier Airlines, Inc.)

  g. **Indigo Frontier Holdings Company, LLC** (affiliated with Frontier Airlines, Inc.)

  h. **Indigo Denver Management Company, LLC** (affiliated with Frontier Airlines, Inc.)

  2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Frontier Airlines, Inc. is a wholly-owned subsidiary of Frontier Airlines Holdings, Inc., which is a wholly-owned subsidiary of Frontier Group Holdings, Inc. Frontier Group Holdings, Inc. is a publicly-traded entity and is traded on the NYSE (ULCC). Indigo Frontier Holdings Company, LLC is the majority stockholder of Frontier Group Holdings, Inc. Indigo Denver Management Company, LLC is the managing member of Indigo Frontier Holdings Company, LLC.**

  3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Based on the relief requested in the Complaint, Aileen Gonzalez.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the District Judge or the Magistrate Judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: September 10, 2021

                HOLLAND & KNIGHT LLP

                */s/Brandon Faulkner*
                Brandon Faulkner
                Florida Bar No. 58560
                brandon.faulkner@hklaw.com
                Daniel L. Buchholz
                Florida Bar No. 1010188
                daniel.buchholz@hklaw.com
                HOLLAND & KNIGHT LLP
                100 North Tampa Street, Suite 4100
                Tampa, FL  33602

                *Attorneys for Defendant*
                *Frontier Airlines, Inc.*

#150352754_v2