UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILEEN GONZALEZ,

    Plaintiff,

v.                              Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

    Defendant.

_____/

**DEFENDANT'S MOTION FOR EXTENSION OF
TIME TO PREPARE AND FILE CASE MANAGEMENT REPORT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 3.01, Defendant Frontier Airlines, Inc. ("**Frontier**") requests an extension of time for the parties to prepare and file a case management report until thirty days after the Court rules on Frontier's Motion to Dismiss Plaintiff Aileen Gonzalez's ("**Gonzalez**") Complaint. (Dkt. 13.) In support of this Motion, Frontier states:

1.    On July 12, 2021, Gonzalez filed the Complaint. (Dkt. 2.)

2.    On July 19, 2021, Frontier was served with the Complaint.

3.    On August 8, 2021, Frontier filed an unopposed motion for extension of time, until September 8, 2021, to respond to the Complaint, which the Court granted. (Dkt. 10, 11.)

4.    On September 8, 2021, Frontier filed its Motion to Dismiss. (Dkt. 13.) Gonzalez response to the Motion to Dismiss is currently due by September 29, 2021. *See* M.D. Fla. L. R. 3.01(c).

5. Pursuant to Local Rule 3.02, the parties must conduct a case management conference and file a jointly-prepared case management report "within forty days after any defendant appears in an action originating in this court." M.D. Fla. L. R. 3.02(b)(1). Frontier first appeared in this action on August 8, 2021. (*See* Dkt. 10). Therefore, the case management report is currently due by September 20, 2021.[1]

6. Frontier respectfully requests the Court grant the parties until thirty days after the Court rules on Frontier's pending Motion to Dismiss to prepare and file a case management report.

## MEMORANDUM OF LAW

This Motion is not brought for purposes of delay. Rather, the arguments in Frontier's Motion to Dismiss are case dispositive. Therefore, a case management report will be unnecessary if, for example, the Court determines Gonzalez's claims are preempted by federal law or Gonzalez fails to state a claim. (*See* Dkt. 13.) Allowing the Court to first resolve the issues raised in Frontier's Motion to Dismiss will allow the Court and the parties to avoid potentially unnecessary time, effort, and resources. The brief extension will not materially delay the resolution of this matter. Additionally, no prejudice will result to Gonzalez, as this is the first request to extend the deadline to file a case management report. The Court has broad discretion in managing pretrial matters. *See Chrysler Int'l Corp. v. Chemaly*, 280

---

[1] Forty days after August 8, 2021, is September 18, 2021, which is a Saturday. *See* Fed. R. Civ. P. 6(a)(1)(C).

2

F.3d 1358, 1360 (11th Cir. 2002). Under these circumstances, there is good cause to extend the parties' deadline to prepare and file a case management report. *See David v. United States*, No. 8:19-CV-2591-T-36JSS, 2020 WL 1862606, at *2 (M.D. Fla. Apr. 14, 2020) (granting motion to extend deadline to file case management report and stay discovery because pending motion to dismiss raised meritorious challenges to complaint); *Lapinski v. St. Croix Condo. Ass'n, Inc.*, No. 616CV1418ORL40GJK, 2017 WL 11507409, at *2 (M.D. Fla. Jan. 24, 2017) (same).

WHEREFORE, Frontier respectfully requests the Court enter an Order granting the parties until thirty days after the Court rules on Frontier's pending Motion to Dismiss to prepare and file a case management report, and for such other relief as the Court deems just and appropriate.

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), Frontier's counsel emailed Gonzalez's counsel on September 13, 2021, regarding the relief requested herein, but Gonzalez's counsel has not responded and Frontier's counsel understands that Gonzalez's counsel is currently in trial.

Dated: September 20, 2021

                              HOLLAND & KNIGHT LLP

                              */s/Daniel L. Buchholz*
                              Brandon Faulkner
                              Florida Bar No. 58560
                              brandon.faulkner@hklaw.com
                              Daniel L. Buchholz
                              Florida Bar No. 1010188
                              daniel.buchholz@hklaw.com

HOLLAND & KNIGHT LLP
100 North Tampa Street, Suite 4100
Tampa, FL 33602

*Attorneys for Defendant
Frontier Airlines, Inc.*

4