**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AILEEN GONZALEZ,
    Plaintiff,
v.                                                   Case No. 8:21-cv-1675-WFJ-TGW
FRONTIER AIRLINES, INC.,
    Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Aileen Gonzalez, pursuant to Local Rule 3.08(a) and (b), hereby notifies the Court that the parties have reached a complete settlement of this matter.  In order to allow time for the parties to prepare and execute all necessary documents and make any other arrangements to finalize the settlement, Plaintiff respectfully requests that the Court enter an Order administratively closing this file and permitting the parties sixty (60) days to file a joint stipulation of dismissal or other appropriate documents to close out this file, or, on good cause shown, reopen the case for further proceedings.   Dated: November 5, 2021

                                        ***s/ Kennan G. Dandar***
                                        KENNAN G. DANDAR, ESQ.
                                        FBN: 289698
                                        Dandar & Dandar, P.A.
                                        Post Office Box 24597
                                        PH: 813-289-3858
                                        FAX: 813-287-0895
                                        EM:KGD@DandarLaw.net;
                                        (CT.DESIG.) EF.KGD@DandarLaw.net)
                                        **Attorneys for Plaintiff**