UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AILEEN GONZALEZ,

    Plaintiff,

v.                                              Case No. 8:21-cv-1675-WFJ-TGW

FRONTIER AIRLINES, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Aileen Gonzalez and Defendant Frontier Airlines, Inc. jointly stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

| DANDAR & DANDAR, P.A. | HOLLAND & KNIGHT LLP |
|---|---|
| /s/Kennan G. Dandar | /s/Daniel L. Buchholz |
| Kennan G. Dandar | Brandon Faulkner |
| Florida Bar No. 289698 | Florida Bar No. 58560 |
| KGD@DandarLaw.net; | brandon.faulkner@hklaw.com |
| EF.KGD@DandarLaw.net | Daniel L. Buchholz |
| Post Office Box 24597 | Florida Bar No. 1010188 |
| Tampa, FL 33623 | daniel.buchholz@hklaw.com |
| *Attorneys for Plaintiff* | 100 North Tampa Street, Suite 4100 |
| | Tampa, FL 33602 |
| | *Attorneys for Defendant* |